UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER JOSEPH CASTRO,

Plaintiff,

v.

MARTIN CLOHERTY, et al.,

Defendants.

Case No.  26-cv-01007-JD

**ORDER RE REPORT AND RECOMMENDATION OF REMAND AND PENDING MOTIONS**

Pro se defendants Martin and Anna Cloherty removed this unlawful detainer action from California state superior court.  Dkt. No. 1.  The magistrate judge filed a report and recommendation of remand for lack of subject matter jurisdiction.  Dkt. No. 4.  No objections were filed, and the time to object has closed.  *See* Fed. R. Civ. P. 72(b).

The Clohertys removed the case to this Court on an allegation of federal question subject matter under the Protecting Tenants at Foreclosure Act, 12 U.S.C. § 5201 *et seq.* (PTFA).  Dkt. No. 1 at 2-3.  The report properly concluded that the PTFA is a defense, and so does not create federal question jurisdiction.  Dkt. No. 4 at 2-3; *see also Yan v. Smith*, No. 25-CV-06481-JD, 2025 WL 3199417, at *1 (N.D. Cal. Oct. 21, 2025) (citations omitted).

After an independent review, the Court adopts the report and recommendation. The case is remanded to the Superior Court of California for the County of San Mateo.  All pending motions, namely an application to proceed in forma pauperis, Dkt. No. 2, and a motion to remand, Dkt. No. 8, are terminated.

**IT IS SO ORDERED.**

Dated: March 23, 2026

_____
JAMES DONATO
United States District Judge